IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                     No. CIV S-05-2242 LKK PAN P

    vs.

K. MOREAU, et al.,

        Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By an order filed April 19, 2006, the court gave plaintiff 20 days to pay the filing fee and warned him that failure to do so would result in a recommendation that this action be dismissed. The 20-day period has expired and plaintiff has not paid the filing fee or in any way responded to the order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

1  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

2  Cir. 1991).

3  DATED: May 25, 2006.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```

\004
\camp2242. f&r ft filing fee